IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOMINQUE HAGANS,<br><br>        Plaintiff,<br><br>  v.<br><br>CORRECTIONAL OFFICER T. KOSHY, et al.,<br><br>        Defendant. | CIVIL ACTION<br>NO. 24-2910 |

**ORDER**

**AND NOW**, this 14th day of November 2025, upon consideration of Defendant Dr. Appiah-Forson's Motion to Dismiss the Amended Complaint (Doc. No. 25), Plaintiff's Response in Opposition (Doc. No. 26), the arguments of counsel for the parties at the hearing held on the record on November 7, 2025, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 25) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.